# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   1:19-cv-01946-MEH

Lisa Cowles

     Plaintiff,

v.

Bonsai Design LLC
Bonsai Design, Inc.
Bonsai Ventures, Inc.
Vail Resorts, Inc.
Vail Resorts Holdings, Inc.
The Vail Corporation
Vail Resorts Management Company
Vail Resorts Lodging Company
Vail Resorts Development Company
Vail Trademarks, Inc.
Vail Summit Resorts, Inc.
Breckenridge Resort Properties, Inc.

     Defendants,

---

## BONSAI'S Fed. R. Civ. P. 7.1 DISCLOSURE STATEMENT

---

Bonsai Design, LLC, Bonsai Design, Inc., and Bonsai Ventures, Inc. (together, "Bonsai"), by and through counsel, Sanitas Law Group, state that each of the named Bonsai entities is a nongovernmental corporate party and, as required by Fed. R. Civ. P. 7.1, hereby file their statement identifying all parent corporations and all publicly held corporations that own 10% or more of the stock of any of the Bonsai defendants so that the Court may determine whether to disqualify him or herself on the basis of financial information:

    *None*

Bonsai certifies that there are no other corporations that must be disclosed pursuant to Fed. R. Civ. P. 7.1, and Bonsai acknowledges a duty to promptly file a supplemental statement upon any change in the information the statement requires pursuant F.R.C.P. 7.1(b)(2).

**DATED** this 19th day of September, 2019.

Respectfully Submitted,

[\*]s/ *Jennifer C. Arnett*
Jennifer C. Arnett
Sanitas Law Group
1221 Pearl St.
Boulder, Colorado 80302
Tel: 303-442-2900
Fax: 303-442-2900
jennifer@sanitaslaw.com
*Attorney for Defendants Bonsai Design, LLC, Bonsai Design, Inc. and Bonsai Ventures, Inc.*

---

[\*] *Pursuant to Electronic Case Filing Procedure for the District of Colorado (Civil Cases) § 5(C)(1-3), the "s/ signature" serves as the filer's signature on all such documents filed with the court. It also serves as the filer's signature for purposes of the Federal Rules of Civil Procedure, the local rules of this court, and any other purpose for which a signature is required in connection with proceedings before the court.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2019, I electronically filed the foregoing "BONSAI'S F.R.C.P. 7.1 DISCLOSURE STATEMENT" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Paul J. Komyatte
paul@komyattelawfirm.com
*Attorney for Plaintiff Lisa Cowles*

*s/ Christine Giaquinto, Legal Assistant of Sanitas Law Group*