IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01946-MEH

LISA COWLES, a citizen of Wisconsin,

    Plaintiff,

v.

BONSAI DESIGN LLC, a Colorado limited liability company or business entity,
BONSAI DESIGN, INC., a Colorado corporation,
BONSAI VENTURES, INC., a Colorado corporation or business entity,
VAIL RESORTS, INC., a Colorado corporation,
VAIL RESORTS HOLDINGS, INC., a Colorado corporation,
THE VAIL CORPORATION, a Colorado corporation,
VAIL RESORTS MANAGEMENT COMPANY, a Colorado business entity,
VAIL RESORTS LODGING COMPANY, a Colorado business entity,
VAIL RESORTS DEVELOPMENT COMPANY, a Colorado business entity,
VAIL TRADEMARKS, INC., a Colorado corporation,
VAIL SUMMIT RESORTS, INC., a Colorado corporation, and
BRECKENRIDGE RESORT PROPERTIES, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 15, 2019.**

    Pursuant to the consent form filed by the parties declining consent under the D.C. Colo. LCivR 40.1(c) (ECF 46), the Court directs the Clerk of the Court to **reassign** this case under D.C. Colo. LCivR 40.1(a).  This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72 and D.C. Colo. LCivR 72.1(c).