# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01946-WJM-MEH

**LISA COWLES**,

Plaintiff,

v.

**BONSAI DESIGN LLC**, et al.

Defendants.

---

### DEFENDANTS THE VAIL CORPORATION, VAIL RESORT MANAGEMENT COMPANY, AND VAIL RESORTS, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

---

Defendants The Vail Corporation, Vail Resorts Management Company, and Vail Resorts, Inc. (collectively, "**Vail**") hereby serves its Objections and Responses (each a "**Response**" and, collectively, the "**Responses**") to Plaintiff Lisa Cowles ("**Plaintiff**") October 7, 2019 "First Set of Interrogatories" (each an "**Interrogatory**" and, collectively, the "**Interrogatories**") as follows:

### VAIL'S GENERAL OBJECTIONS

Vail generally objects to the Interrogatories to the extent they seek to impose any obligation or restriction on Vail that is in addition to, contradictory to, or not required by the Federal Rules of Civil Procedure, the Court's Orders in this case, and all other applicable law. Vail further states that all documents produced contemporaneously with these Responses are subject to the forthcoming Protective Order, as stipulated to between all parties in this action, and as approved by the Court. Vail objects to any violation of the Protective Order with respect to any documents produced in accordance with these Responses or otherwise in this matter.

**Interrogatory 10 [Interrogatory 20]:** Do you contend that any non-party to this action is responsible for causing the subject incident or for causing Plaintiff's injuries and damages? **[Interrogatory 21]** If so, please identify all facts supporting such contention, **[Interrogatory 22]** all individuals with personal knowledge of those facts, and **[Interrogatory 23]** all documents memorializing such facts.

**OBJECTION:** Vail incorporates by reference its General Objections, Objections to "General Instructions," and Objections to Interrogatory 9, above.

Without waiving the foregoing objections, Vail responds to Interrogatory 10 as follows:

**RESPONSE:** Upon information and belief, "TruBlue LLC, d/b/a Head Rush Technologies" has been joined as a non-party at fault in this action and may therefore share in the responsibility attributed to Bonsai in Vail's Response to Interrogatory 9, which Response is incorporated herein by reference.

**Interrogatory 11 [Interrogatory 24]:** Please identify any allegation or claim of injury in relation to any zip-lining course, adventure course, or similar attraction owned or operated by you or by other any Vail entity at any time from five years prior to the accident to the present, including the date(s) and location(s) of any such incidents and the name(s) and address(es) of the claimant(s).

**OBJECTION:** Vail incorporates by reference its General Objections and Objections to "General Instructions."

Vail objects to Interrogatory 11 as overly broad. Pursuant to an agreement reached in a November 1, 2019, telephone conference between undersigned counsel and counsel for Plaintiff, Vail responds to this Interrogatory 11 only to the extent it seeks information concerning any formal claims or lawsuits made against Vail that involve a Vail-owned zipline and that occurred between July 7, 2012, and the present.

Vail further objects to Interrogatory 11 to the extent it seeks any privileged information, including information protected by the attorney-client privilege, work-product doctrine, or any other privilege, doctrine, protection, or immunity.

11

Without waiving the foregoing objections, Vail responds to Interrogatory 11 as follows:

**RESPONSE:**

| Claimant Name | Address | Date of Incident | Location |
|---|---|---|---|
| Bjornstad, Connie | PO Box 497 Okoboji, IA 51355 | 8/19/2013 | Vail |
| Murphy, Beverly | 441 Buck Island RD K6 W. Yarmouth, MA 02673 | 4/20/2014 | Breckenridge |
| Whalen, Glenn | 18420 Rachel DR. Makena, IL 60448 | 4/20/2014 | Breckenridge |
| Whalen, Nicole | 18420 Rachel DR. Makena, IL 60448 | 4/20/2014 | Breckenridge |
| Szymanski, Patrick | 14750 East 40th Ave. Denver, CO 80239 | 6/26/2014 | Breckenridge |
| Beaudette, Danae | 7545 E Park Blvd Eveleth, MN 55734 | 8/14/2014 | Breckenridge |
| Namin, Maheen | 2721 Longleaf Rd. Panama City, FL 32405 | 8/17/2014 | Vail |
| Jubela, Helen Joan | 40 Lispenard ST. #3R New York, NY 10013 | 8/17/2014 | Breckenridge |
| Adams, Paul | 1727 N Kensington DR Farmington, UT 84025 | 7/4/2016 | Park City |
| Mijares, Miriana | Privada Rosaleda 90D Mexico City, Mexico 11950 | 6/24/2017 | Vail |
| Stone, Steve | 1140 Whiteney Ranch Pkwy #421 Rockland, CA 95762 | 7/5/2017 | Park City |
| Cowles, Lisa | 2080 Greenleaf RD DePere, WI 54115 | 7/7/2017 | Vail |
| DeBont, Carla | 212 Calle De Sereno Encinitas, CA 92024 | 7/26/2017 | Heavenly |
| Mash, Elann | 946 Vallejo ST San Francisco, CA 94133 | 8/4/2018 | Heavenly |
| Towne, Sarah | 40 Sunset View RD Deer Park, IL 60010 | 7/27/2019 | Heavenly |

**Interrogatory 12 [Interrogatory 25]:** Please identify the dates of operation and number of guests of the Game Creek zipline course during the calendar year 2017.

**RESPONSE:** The Zipline was open June 9 through July 7, 2017; September 22 through September 24, 2017; and September 29 through October 1, 2017. The total number of Zipline guests during this time period was 1,067.

**Interrogatory 13 [Interrogatory 26]:** Please identify all individuals employed by or acting on behalf of Vail who communicated with the Plaintiff or her husband at any time following the subject accident, as well as such individuals' dates of employment by you and their official titles on the date of the incident and at present.

**RESPONSE:** Matthew Burnett, Claims Manager, who at all relevant times was employed by Vail's Legal Department and was acting at the specific direction and control of Vail's legal counsel.

Respectfully submitted this 6th day of November, 2019.

*s/ Alison K. Toivola*
Samuel N. Shapiro, No. 44459
Alison K. Toivola, No. 48858
Legal Department
Vail Resorts Management Company
390 Interlocken Crescent
Broomfield, CO 80021
Phone: (303)404-1895
E-mail: sshapiro@vailresorts.com
E-mail: aktoivola@vailresorts.com

***Attorneys for Vail***

## VERIFICATION

I, Steven Johnson, have reviewed the foregoing Responses to Interrogatories. Although the Responses may contain certain information collected from others, and of which I have no personal knowledge, I declare under penalty of perjury under the laws of the State of Colorado that the foregoing the Responses are based on reasonable inquiry and are true and correct to the best of my knowledge, information, and belief.

THE VAIL CORPORATION, d/b/a/
VAIL RESORTS MANAGEMENT COMPANY

BY: _____
Director of Activities
_____, Vail Mountain

STATE OF COLORADO   )
                    ) ss.
COUNTY OF Eagle     )

Subscribed and sworn to before me the 05 day of November, 2019,

by Steve Johnson.

WITNESS my hand and official seal.          [SEAL]

My commission expires: Aug 21, 2022

> SHANNON FERGUS
> NOTARY PUBLIC - STATE OF COLORADO
> NOTARY ID 20184033462
> MY COMMISSION EXPIRES AUG 21, 2022

_____
NOTARY PUBLIC

14

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2019, a true and correct copy of the foregoing **DEFENDANTS THE VAIL CORPORATION, VAIL RESORT MANAGEMENT COMPANY, AND VAIL RESORTS, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** was served electronically on the following counsel of record:

Paul J. Komyatte
David P. Mason
The Komyatte Law Firm LLC
1536 Cole Blvd., Bldg. 4, Suite 300
Lakewood, CO 80401
E-mail:   paul@komyattelawfirm.com
E-mail:   dave@komyattelawfirm.com

*Attorneys for Plaintiffs*

Jennifer Arnett
Christopher Ash
Sanitas Law Group LLC
1221 Pearl Street
Boulder, CO 80302
E-mail:   jennifer@sanitaslaw.com
E-mail:   chris@sanitaslaw.com

*Attorneys for Bonsai*

                *s/ Kayla Hall*
                Kayla Hall