# Exhibit 3

**New iMessage**   Cancel

To: **Thaddeus Shrader**

Jun 30, 2017, 2:11 PM

> Thad can you give me a call about a zip stop issue please?

Jul 7, 2017, 8:42 PM

> Please call me we had a second Incident on Game Creek. We need to talk ASAP.

> Any chance bonsai has an extra EAD? We would want one if you have one.

> By the way the persons weight was 140

Crap

Let me check

> Thanks

VAIL001211