# Exhibit 4

| | |
|---|---|
| From: | Paul Aieta <paieta@bonsai-design.com> |
| Sent: | Monday, August 07, 2017 5:00 PM |
| To: | Jamie Barrow |
| Subject: | FW: Bonsai Design, Inc. ("Bonsai") Vail Game Creek Zip Line System |

Hi Jamie,

I'm expecting we'll have a response to your email tomorrow, Thursday at the latest.

You may also be aware we are returning the EAD we borrowed tomorrow morning.


**Paul Aieta**
General Manager
Bonsai Design
paieta@bonsai-design.com



Bonsai Design
201 South Ave.
Grand Junction, CO 81501
970-255-7393 x310
970-255-6741 fax
http://bonsai-design.com


**From:** Paul Aieta
**Sent:** Monday, August 7, 2017 9:24 AM
**To:** 'Jamie Barrow' <Jlbarrow@vailresorts.com>
**Subject:** RE: Bonsai Design, Inc. ("Bonsai") Vail Game Creek Zip Line System

Hi Jamie,

We will have a response or an ETA for our response by this afternoon.

Paul

**From:** Jamie Barrow [mailto:Jlbarrow@vailresorts.com]
**Sent:** Monday, August 7, 2017 9:21 AM
**To:** Paul Aieta <paieta@bonsai-design.com>; Dane Wood <dwood@bonsai-design.com>; Leslie Sohl <lsohl@bonsai-design.com>
**Cc:** Thaddeus Shrader <thaddeus@bonsai-design.com>; Hans Vollrath <Hvollrath@vailresorts.com>; Steve Johnson <STEVEJ@vailresorts.com>
**Subject:** Re: Bonsai Design, Inc. ("Bonsai") Vail Game Creek Zip Line System

1

Paul,

Dane wood had given me an ETA on the information of last Friday.

I am wondering if you have a new ETA on responding to these questions.

Thanks,
Jamie

On Aug 3, 2017, at 5:01 PM, Jamie Barrow <Jlbarrow@vailresorts.com> wrote:

> Paul,
>
> Thanks for this letter and response to the Game Creek Zip Line.
>
> I am concerned that your team states that we are ready to open based on our prior email's and conversations. Please note our request e-mail on 7-13-2017 that had a number of requests.
>
> We also had a number of other e-mails and verbal conversations about this course reopening.
>
> The outstanding issues are as follows:
> 1. ==We had two primary Brake Failures within 10 days==. (you were notified of both. We requested brake tests on the ropes and Bonsai to confirm a solution to prevent/reduce the primary brake failure.
> 2. When your staff were on site they only did a 100 lbs. test on the new EAD on one single line (line 10). Your tech notice was vague and did not state the testing procedure. When we requested clarification it was stated to test a 210 lbs. dead weight on each line. This testing was not done during installation by Bonsai or Vail.
> 3. I verbally asked Thaddeus for calculations on the forces generated during a test of 210 lbs. on the whole system to ensure we would not damage towers ground anchors, wire or other components as the 150 lbs. test was very dynamic and appeared to create extreme forces in the wires and towers.
> 4. To help with the calculations Bonsai requested one of our EAD's from the Game Creek Course. Bonsai is currently in possession of this EAD still. (so we cannot operate the course.)
>
> Also requested in the email, but still not received is the following:
>
> 1. Please confirm that you approve that we have switched from the Tech Cord to the Gorilla Rope and Bonsai approves of the Gorilla Rope product.
> 2. Please confirm that Bonsai approves of the addition of the PVC pipe for the EAD rope.
> 3. Please confirm that the current complete brake setup is a setup approved by Bonsai.
> 4. Please confirm that Bonsai supports the change to the white pucks for the Participant Trollies captures (and please provide us with an ETA for those parts).
> 5. Please clarify the testing needed in the Safety Alert number 5, including whether the testing is for all devices, the number of tests, and the testing method.
> 6. The State is requesting that we have a document from the manufacturer (Bonsai) outlining and confirming that the course is ready for reopening. Please make sure that we can verify the following for this document:
> a. That the course speeds are within the brake system parameters.
> b. A list of the repairs/replacements done
> i. Brake Shuttle spacer
> ii. Tech Cord Replacement
> iii. PVC addition for EAD rope to reduce entanglement risk

iv. Participant Trolley puck replacement
c. The course is ready for operations

Leslie Sole did respond informally to many of these topics, but we expected them to be in the report that you provided today.

On your letter I would recommend adding that you inspected to ASTM as the USFS regulate to ASTM and Colorado regulates to both ACCT and ASTM.

Please provide us with a time line for the above requests and let me know if you have any questions.

Sincerely,
Jamie Barrow

---

**From:** Paul Aieta [mailto:paieta@bonsai-design.com]
**Sent:** Thursday, August 03, 2017 11:07 AM
**To:** Jamie Barrow
**Cc:** Thaddeus Shrader; Hans Vollrath; Steve Johnson
**Subject:** RE: Bonsai Design, Inc. ("Bonsai") Vail Game Creek Zip Line System

Hello Jamie,

I've attached our report for the maintenance that was performed in July following the incident with the brake failure. Per the verbal conversations in conjunction with completing this maintenance, you were informed that the course was placed in operational condition upon the departure of our maintenance crew.


**Paul Aieta**
General Manager
Bonsai Design
paieta@bonsai-design.com
<image001.jpg>
Bonsai Design
201 South Ave.
Grand Junction, CO 81501
970-255-7393 x310
970-255-6741 fax
http://bonsai-design.com

---

**From:** Jamie Barrow [mailto:Jlbarrow@vailresorts.com]
**Sent:** Friday, July 28, 2017 4:23 PM
**To:** Thaddeus Shrader <thaddeus@bonsai-design.com>; Paul Aieta <paieta@bonsai-design.com>
**Cc:** Hans Vollrath <Hvollrath@vailresorts.com>; Steve Johnson <STEVEJ@vailresorts.com>
**Subject:** Bonsai Design, Inc. ("Bonsai") Vail Game Creek Zip Line System

Thaddeus,

3

Please find the following letter for your review.

*Jamie Barrow*
Director of Operations Training and Risk Management
Vail Resorts
390 Interlocken Crescent
Broomfield, CO 80021-8056
O: 303-504-5817
C: 303-210-8129


EXPERIENCE OF A LIFETIME

The information contained in this message is confidential and intended only for the use of the individual or entity named above, and may be privileged. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please reply to the sender immediately, stating that you have received the message in error, then please delete this e-mail. Thank you.