IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01946-WJM-MEH

LISA COWLES, a citizen of Wisconsin,

    Plaintiff,

v.

BONSAI DESIGN LLC, a Colorado limited liability company or business entity,
BONSAI DESIGN, INC., a Colorado corporation,
BONSAI VENTURES, INC., a Colorado corporation or business entity,
VAIL RESORTS, INC., a Colorado corporation,
VAIL RESORTS HOLDINGS, INC., a Colorado corporation,
THE VAIL CORPORATION, a Colorado corporation,
VAIL RESORTS MANAGEMENT COMPANY, a Colorado business entity,
VAIL RESORTS LODGING COMPANY, a Colorado business entity,
VAIL RESORTS DEVELOPMENT COMPANY, a Colorado business entity,
VAIL TRADEMARKS, INC., a Colorado corporation,
VAIL SUMMIT RESORTS, INC., a Colorado corporation, and
BRECKENRIDGE RESORT PROPERTIES, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 2, 2019.**

    For good cause shown, the Unopposed Motion for Withdrawal of Samuel N. Shapiro [filed December 2, 2019; ECF 85] is **granted**.  Mr. Shapiro's representation of Defendants The Vail Corporation, Vail Resorts Management Company, and Vail Resorts, Inc. in this case is terminated.[1]  These Defendants will continue to be represented by Alison K. Toivola.

---

[1] On September 10, 2019, Mr. Shapiro entered an appearance for Defendants Vail Resorts Lodging Company, Vail Resorts Development Company, Vail Trademarks, Inc., Vail Summit Resorts, Inc., and Breckenridge Resorts Properties, Inc., in addition to the Defendants for which he seeks withdrawal in the present motion.  *See* ECF 34.