IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01946-WJM-MEH

LISA COWLES, a citizen of Wisconsin,

    Plaintiff,

v.

BONSAI DESIGN LLC, a Colorado limited liability company or business entity,
BONSAI DESIGN, INC., a Colorado corporation,
BONSAI VENTURES, INC., a Colorado corporation or business entity,
VAIL RESORTS, INC., a Colorado corporation,
THE VAIL CORPORATION, a Colorado corporation,
VAIL RESORTS MANAGEMENT COMPANY, a Colorado business entity,
VAIL RESORTS LODGING COMPANY, a Colorado business entity,
VAIL RESORTS DEVELOPMENT COMPANY, a Colorado business entity,
VAIL TRADEMARKS, INC., a Colorado corporation,
VAIL SUMMIT RESORTS, INC., a Colorado corporation, and
BRECKENRIDGE RESORT PROPERTIES, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 27, 2019.**

    Before the Court are Defendant Bonsai Design LLC's Motion to Restrict Public Access (ECF 102), Plaintiff's Unopposed Motion to Restrict Public Access (ECF 105), and an Objection to Motion to Restrict filed by Eugene Volokh (ECF 112). The Court will hear oral argument on these matters on **January 7, 2020**, at **1:00 p.m. (Mountain)** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Mr. Volokh may appear at the proceeding by telephone by calling my chambers at (303) 844-4507 at the appointed time. In addition to counsel for the parties, the Clerk of the Court shall ensure that this order is served on Mr. Volokh.

    All other counsel are reminded that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).