IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01946-WJM-MEH

LISA COWLES, a citizen of Wisconsin,

    Plaintiff,

v.

BONSAI DESIGN LLC, a Colorado limited liability company or business entity,
BONSAI DESIGN, INC., a Colorado corporation,
BONSAI VENTURES, INC., a Colorado corporation or business entity,
VAIL RESORTS, INC., a Colorado corporation,
VAIL RESORTS HOLDINGS, INC., a Colorado corporation,
THE VAIL CORPORATION, a Colorado corporation,
VAIL RESORTS MANAGEMENT COMPANY, a Colorado business entity,
VAIL RESORTS LODGING COMPANY, a Colorado business entity,
VAIL RESORTS DEVELOPMENT COMPANY, a Colorado business entity,
VAIL TRADEMARKS, INC., a Colorado corporation,
VAIL SUMMIT RESORTS, INC., a Colorado corporation, and
BRECKENRIDGE RESORT PROPERTIES, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 7, 2020.**

    Before the Court is Defendant Bonsai Design LLC's ["Bonsai"] Amended and Superseding Motion to Restrict Public Access to Certain Documents, Response to Prof. Volokh's Objection, and Motion to Reconsider the Court's December 18, 2019 Minute Order. ECF 119. Bonsai asserts that it "files this Motion as an amended motion superseding Bonsai's previous Motion to Restrict (Dkt. # 102)." Accordingly, Bonsai's Motion to Restrict Public Access to its Reply in Support of its Rule 12(b)(6) Motion to Dismiss and Appended Exhibits F and G thereto, and to Plaintiff's Proposed Amended Complaint and Exhibits [filed December 20, 2019; ECF 102] is **denied as moot**. The Court will hear oral argument on Bonsai's "Amended and Superseding Motion" at the hearing on January 13, 2020.