IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No: 19-cv-1946-WJM-MEH          Date: January 13, 2019
Courtroom Deputy: Christopher Thompson     FTR:   Courtroom A1002

| *Parties:* | *Counsel:* |
|---|---|
| LISA COWLES, | David Mason |
|     Plaintiff, | |
| v. | |
| BONSAI DESIGN LLC, | Jennifer Arnett |
| BONSAI DESIGN, INC., | Alison Toivola |
| BONSAI VENTURES, INC., | Craig May |
| VAIL RESORTS, INC., | Kristen Ferries |
| VAIL RESORTS HOLDINGS, INC., | |
| VAIL CORPORATION, THE, | |
| VAIL RESORTS MANAGEMENT COMPANY, | |
| VAIL RESORTS LODGING COMPANY, | |
| VAIL RESORTS DEVELOPMENT COMPANT, | |
| VAIL TRADEMARKS, INC., | |
| VAIL SUMMIT RESORTS, INC., | |
| BRECKENRIDGE RESORT PROPERTIES, INC., | |
|     Defendant, | |
| EUGENE VOLOKH | |
|     Objector. | |

**COURTROOM MINUTES/MINUTE ORDER**
**ORAL ARGUMENT**

**Court in session:**     1:08 p.m.

Court calls case.  Appearances of counsel.  Discussion and arguments held regarding pending motions and rulings made as stated on the record.

**ORDERED:**   Plaintiff's ECF [105] *Unopposed Motion for Leave to Restrict* and Defendant's ECF [119] *Amended Motion for Leave to Restrict* are

**DENIED**.
Plaintiff's ECF [66] *MOTION to Amend/Correct/Modify 9 Amended Complaint, PLAINTIFFS CONDITIONAL MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)* is **GRANTED**.

**Court in recess:**   **1:38 p.m.**   **(Hearing concluded)**
**Total time in Court: 00:30**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.