IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01946-WJM-MEH

LISA COWLES, a citizen of Wisconsin,

    Plaintiff,

v.

BONSAI DESIGN LLC, a Colorado limited liability company or business entity,
VAIL RESORTS, INC., a Colorado corporation,
THE VAIL CORPORATION, a Colorado corporation, and
VAIL RESORTS MANAGEMENT COMPANY, a Colorado business entity,

    Defendants,

and

VAIL RESORTS, INC., a Colorado corporation,
THE VAIL CORPORATION, a Colorado corporation, and
VAIL RESORTS MANAGEMENT COMPANY, a Colorado business entity,

    Cross Claimants,

v.

BONSAI DESIGN LLC, a Colorado limited liability company or business entity,

    Cross Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 4, 2020.**

At the request of the parties, the Court will hold a Discovery Conference on Tuesday, **September 15, 2020, at 2:00 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

The litigants (counsel and parties) and the public may appear at the conference either in person or by telephone. Anyone appearing in person must comply with General Order 2020-14 governing Court Operations During the COVID-19 Pandemic, which may be accessed at www.cod.uscourts.gov. Anyone appearing by telephone shall call the following conference line at the appointed time:

Number:        888-278-0296

2

Access code:   8212991#

Please remember that, when you call in, you may be entering a proceeding already in progress for a different case; therefore, as you would if you were present in the courtroom, please ensure silence until your case is called.

In advance of the conference, the parties may each prepare a short statement identifying the nature of the dispute(s) and send the statements by email to *hegarty_chambers@cod.uscourts.gov*. These materials shall be submitted by **noon on September 14, 2020**.