# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-1946-WJM-MEH

**LISA COWLES**, a citizen of Wisconsin,

Plaintiff,

v.

**BONSAI DESIGN LLC**, a Colorado limited liability company with its principal place of business in Colorado and with three members, who citizens of Colorado and/or citizens of North Carolina;
**VAIL RESORTS, INC.**, a Delaware corporation with its principal place of business in Colorado;
**THE VAIL CORPORATION**, a Colorado corporation with its principal place of business in Colorado; and
**VAIL RESORTS MANAGEMENT COMPANY**, a Colorado corporation with its principal place of business in Colorado,

Defendants.

---

## NOTICE OF SETTLEMENT AND REQUEST TO VACATE
## SEPTEMBER 15, 2020 DISCOVERY CONFERENCE

---

Plaintiff, Lisa Cowles, through her counsel, the Komyatte Law Firm LLC, hereby advises the Court that a settlement has been reached between all parties on all claims pending in the above captioned action. The parties are working on completing all necessary settlement paperwork and anticipate filing dismissal papers with the Court within the next thirty (30) days.

In view of the settlement of all claims pending in this action, Plaintiff requests that the Court vacate the discovery conference presently scheduled for Tuesday, September 15, 2020, at 2:00 p.m. [*See* Doc. #177].

Respectfully submitted this 14th day of September, 2020.

          **THE KOMYATTE LAW FIRM LLC**

By:
    /s/ Paul J. Komyatte
    Paul J. Komyatte (No. 22750)
    David P. Mason (No. 41333)
    The Komyatte Law Firm, LLC
    1536 Cole Blvd., Ste. 300
    Lakewood, CO 80401
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2020, a true and accurate copy of the foregoing was electronically filed with the Court and served upon all counsel of record via the Court's CM/ECF system:

                                          **THE KOMYATTE LAW FIRM LLC**

                                          *s/ David P. Mason*
                                          David P. Mason, Esq.